# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, <br> 1030 15th Street NW, B255 <br> Washington, DC 20005 <br><br> Plaintiff, <br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, <br> 1600 Pentagon 3E788 <br> Washington, DC 20301-1600 <br><br> U.S. ARMY, <br> Office of the Army General Counsel <br> 101 Army Pentagon <br> Washington, DC 20310-0104 <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, <br> 245 Murray Lane SW <br> Washington, DC 20528 <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, <br> OFFICE OF INSPECTOR GENERAL <br> Stop 0305 <br> 245 Murray Lane SW <br> Washington, DC 20528 <br><br> U.S. DEPARTMENT OF THE INTERIOR <br> 1849 C Street NW <br> Washington, DC 20240 <br><br> and <br><br> U.S. DEPARTMENT OF JUSTICE, <br> 950 Pennsylvania Ave. NW <br> Washington, DC 20530 <br><br> Defendants. | Civil No. 1:21-cv-2800-TSC |

## DEFENDANTS' ANSWER

Defendants, the United States Department of Defense (DOD), the United States Army (Army), the United States Department of Homeland Security (DHS), the United States Department of Homeland Security Office of Inspector General (DHS OIG), the United States Department of the Interior (DOI), and the United States Department of Justice (DOJ) (collectively Defendants), answer the Complaint (Dkt. No. 1) filed by Plaintiff American Oversight on October 21, 2021, as follows:

1. This paragraph sets forth Plaintiff's characterization of this lawsuit, to which no response is required.

2. This paragraph consists of legal conclusions to which no response is required.

3. This paragraph consists of legal conclusions to which no response is required.

4. This paragraph consists of legal conclusions to which no response is required.

5. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

6. Admit that DOD is a department of the executive branch within the meaning of FOIA. The remainder of the paragraph consists of legal conclusions to which no response is required.

7. Admit that Army is a component of DOD, a department of the executive branch within the meaning of FOIA. The remainder of the paragraph consists of legal conclusions to which no response is required.

8. Admit that DHS is a department of the executive branch within the meaning of FOIA. The remainder of the paragraph consists of legal conclusions to which no response is required.

9.  Admit that DHS OIG is a component of DHS which is a department of the executive branch within the meaning of FOIA. The remainder of the paragraph consists of legal conclusions to which no response is required.

10. Admit that DOI is a department of the executive branch within the meaning of FOIA. The remainder of the paragraph consists of legal conclusions to which no response is required.

11. Admit that DOJ is a department of the executive branch within the meaning of FOIA. The remainder of the paragraph consists of legal conclusions to which no response is required.

12. Admit that American Oversight submitted FOIA requests to DOD, Army, DHS, DHS OIG, DOI, and DOJ on August 19, 2021 and August 20, 2021. Defendants respectfully refer the Court to those FOIA requests for a full and accurate statement of their contents.

13. Admit that DOD, Army, DHS, DHS OIG, DOI, and DOJ received FOIA requests from Plaintiff dated August 19, 2021 and August 20, 2021. Defendants respectfully refer the Court to those FOIA requests for a full and accurate statement of its contents.

14. Admit that DOD received the FOIA request referenced in paragraph 13. Defendants respectfully refer the Court to that FOIA request for a full and accurate statement of its contents.

15. Admit that on August 19, 2021, DOD acknowledged receipt of the FOIA request referenced in paragraphs 13-14, but avers that the request was assigned case number 21-F-1431. Defendants further aver that DOD separately received a duplicate request from Plaintiff, also on August 19, 2021, that was assigned case number 21-F-1434. This duplicate request was administratively closed by a final response letter sent by DOD's Freedom of Information Division

to Plaintiff on August 20, 2021. Defendants respectfully refer the Court to the August 20, 2021 final response letter for case number 21-F-1434 for a full and accurate statement of its contents.

16. Admit. Defendants respectfully refer the Court to the referenced communication for a full and accurate statement of its contents.

17. Admit.

18. Admit that Army received the FOIA request referenced in paragraph 13. Defendants respectfully refer the Court to that FOIA request for a full and accurate statement of its contents.

19. Admit.

20. Admit that DHS received the FOIA request referenced in paragraph 13. Defendants respectfully refer the Court to that FOIA request for a full and accurate statement of its contents.

21. Admit that by letter dated September 9, 2021 DHS acknowledged Plaintiff's August 19, 2021 FOIA request and assigned the request tracking number 2021-HQFO-01355. Defendants respectfully refer the Court to that letter for a full and accurate statement of its contents.

22. Admit. Defendants respectfully refer the Court to the referenced communication for a full and accurate statement of its contents.

23. Admit.

24. Admit that DOI received the FOIA request referenced in paragraph 13. Defendants respectfully refer the Court to that FOIA request for a full and accurate statement of its contents.

25. Admit. Defendants respectfully refer the Court to the referenced communication for a full and accurate statement of its contents.

26. Admit.

27. Admit that DOJ received the FOIA request referenced in paragraph 13. Defendants respectfully refer the Court to that FOIA request for a full and accurate statement of its contents.

28. Admit. Defendants respectfully refer the Court to the referenced communication for a full and accurate statement of its contents.

29. Admit that DOJ assigned the request as complex track and that DOJ extended the time limit to respond to the request. Defendants respectfully refer the Court to the referenced communication for a full and accurate statement of its contents.

30. Admit.

31. Admit.

32. Admit that Army, DHS, and DHS OIG received FOIA requests from Plaintiff dated August 19, 2021. Defendants respectfully refer the Court to those FOIA requests for a full and accurate statement of its contents.

33. Admit.

34. Admit that by letter dated September 9, 2021 DHS acknowledged Plaintiff's August 19, 2021 FOIA request and assigned the request tracking number 2021-HQFO-01356. Defendant DHS OIG admits that by letter dated August 26, 2021, DHS OIG acknowledged Plaintiff's FOIA request and assigned it Case No. 2021-IGFO-00213. Defendants respectfully refer the Court to that letter for a full and accurate statement of its contents.

35. Admit, but aver that the date was August 26, 2021.

36. Admit that by letter dated September 9, 2021, DHS advised Plaintiff that it was closing its request and referring Plaintiff's request to DHS OIG. Defendants respectfully refer the Court to the referenced communication for a full and accurate statement of its contents.

37. Admit.

38. Admit that DOD, Army, DOI, and DOJ received FOIA requests from Plaintiff dated August 19, 2021 and August 20, 2021. Defendants respectfully refer the Court to those FOIA requests for a full and accurate statement of its contents.

39. Admit. Defendants aver that it received the request referenced in paragraph 38 on August 20, 2021 and logged the request and assigned it case number 21-F-1433.

40. Admit.

41. Admit. Defendants respectfully refer the Court to the referenced communication for a full and accurate statement of its contents.

42. Admit.

43. Admit. Defendants respectfully refer the Court to the referenced communication for a full and accurate statement of its contents.

44. Admit.

45. Admit that as of the date of the complaint, Defendants have not provided Plaintiff with a final determination on its referenced FOIA requests or produced any documents.

46. This paragraph consists of legal conclusions to which no response is required.

47. Defendants incorporate by reference their responses to the preceding paragraphs.

48. This paragraph consists of legal conclusions to which no response is required.

49. Admit that Defendants are subject to FOIA. The remainder of the allegations in this paragraph consist of legal conclusions to which no response is required.

50. This paragraph consists of legal conclusions to which no response is required.

51. This paragraph consists of legal conclusions to which no response is required.

52. This paragraph consists of legal conclusions to which no response is required.

53. Defendants incorporate by reference their responses to the preceding paragraphs.

54. This paragraph consists of legal conclusions to which no response is required.

55. Admit that Defendants are subject to FOIA. The remainder of the allegations in this paragraph consist of legal conclusions to which no response is required.

56. This paragraph consists of legal conclusions to which no response is required.

57. This paragraph consists of legal conclusions to which no response is required.

58. This paragraph consists of legal conclusions to which no response is required.

The remainder of the Complaint sets forth Plaintiff's requested relief to which no response is required. To the extent a response is required, Defendants deny that Plaintiff is entitled to the requested relief or to any relief.

Defendants deny all allegations in the Complaint not expressly admitted or denied.

## **DEFENSE**

1. Plaintiff is not entitled to compel the production of any records exempt from disclosure by one or more exemptions of the FOIA, 5 U.S.C. § 552.

Dated: December 6, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Lisa Newman*
Lisa Newman (TX Bar No. 24107878)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-5578
lisa.n.newman@usdoj.gov

*Counsel for Defendants*