## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br>1030 15th Street NW, B255<br>Washington, DC 20005<br><br>    Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF<br>DEFENSE,<br>1600 Pentagon 3E788<br>Washington, DC 20301-1600<br><br>U.S. ARMY,<br>Office of the Army General Counsel<br>101 Army Pentagon<br>Washington, DC 20310-0104<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY,<br>245 Murray Lane SW<br>Washington, DC 20528<br><br>U.S. DEPARTMENT OF THE INTERIOR<br>1849 C Street NW<br>Washington, DC 20240<br><br>and<br><br>U.S. DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530<br><br>    Defendants. | Civil No. 1:21-cv-2800-TSC |

## JOINT STATUS REPORT

1. Plaintiff American Oversight and Defendants, the United States Department of Defense (DOD), the United States Army (Army), the United States Department of Homeland Security (DHS), the United States Department of the Interior (DOI), and the United States

Department of Justice (DOJ) (collectively Defendants) respectfully submit this Joint Status Report to advise the Court on the status of Plaintiff's Freedom of Information Act (FOIA) requests. The parties have conferred about Defendants' processing of Plaintiff's FOIA requests, and they provide this update:

2. DOI anticipates making a production by the end of June. DOI will continue to review at least 500 pages per month.

3. DOJ OIP anticipates providing a second interim response by June 3, 2022.

4. DHS anticipates making a first interim production by June 3, 2022.

5. DOJ Civil Division has completed its review of the responsive records, and anticipates producing a response by the end of May.

6. Army's searches are ongoing. Army produced 100 pages on April 29, 2022. Army anticipates making an interim production by June 15, 2022.

7. DOD's searches are ongoing. DOD anticipates making a production at the end of May.

8. The parties propose that they file a joint status report on June 30, 2022 to update the Court on Defendants' processing of Plaintiff's FOIA requests and propose a schedule for further proceedings, if necessary.

Dated: May 26, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Lisa Newman*
Lisa Newman (TX Bar No. 24107878)
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-5578
lisa.n.newman@usdoj.gov

*Counsel for Defendants*

*/s/ J. Zachery Morris*
J. Zachery Morris
N.Y. Bar No. 5392196*
(Admitted *pro hac vice*)
Emma Lewis
D.C. Bar No. 144574
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-4213
zachery.morris@americanoversight.org
emma.lewis@americanoversight.org

*Member of the New York Bar only; practice in the District of Columbia under supervision of members of the D.C. Bar.

*Counsel for Plaintiff*