IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br>1030 15th Street NW, B255<br>Washington, DC 20005<br><br>            Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF<br>DEFENSE,<br>1600 Pentagon 3E788<br>Washington, DC 20301-1600<br><br>U.S. ARMY,<br>Office of the Army General Counsel<br>101 Army Pentagon<br>Washington, DC 20310-0104<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY,<br>245 Murray Lane SW<br>Washington, DC 20528<br><br>U.S. DEPARTMENT OF THE INTERIOR<br>1849 C Street NW<br>Washington, DC 20240<br><br>and<br><br>U.S. DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530<br><br>            Defendants. | Civil No.  1:21-cv-2800-TSC |

## JOINT STATUS REPORT

1.      Plaintiff American Oversight and Defendants, the United States Department of Defense (DOD), the United States Army (Army), the United States Department of Homeland Security (DHS), the United States Department of the Interior (DOI), and the United States

Department of Justice (DOJ) (collectively Defendants) respectfully submit this Joint Status Report to advise the Court on the status of Plaintiff's Freedom of Information Act (FOIA) requests. The parties have conferred about Defendants' processing of Plaintiff's FOIA requests, and they provide this update:

2. DOI has completed the review of all potentially responsive material in this matter. DOI made a production on July 7, 2022. Rolling productions are ongoing.

3. DOJ OIP provided its final response on July 15, 2022.

4. DOJ Civil Division provided a final response on May 31, 2022.

5. Army's searches are ongoing. Army anticipates making a production by August 5, 2022.

6. DOD's searches are ongoing. DOD made interims production on July 12, 2022 and July 27, 2022.

7. DHS referred 107 pages to other agencies for consultation and review. DHS will produce the responsive, nonexempt records as they are returned.

8. The parties propose that they file a joint status report on August 24, 2022, to update the Court on Defendants' processing of Plaintiff's FOIA requests and propose a schedule for further proceedings, if necessary.

Dated: August 1, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Lisa Newman*
Lisa Newman (TX Bar No. 24107878)
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-5578
lisa.n.newman@usdoj.gov

*Counsel for Defendants*

*/s/ Khahilia Shaw*
KHAHILIA SHAW
D.C. Bar No. 1616974
American Oversight
1030 15th Street NW, B255
Washington, DC 20005
(202) 539-6507
khahilia.shaw@americanoversight.org

Emma Lewis
D.C. Bar No. 144574
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
emma.lewis@americanoversight.org

*Counsel for Plaintiff*